than met the requirements of *People v. Slaughter*, 39 Ill.2d 278, 235 N.E.2d 566. We further hold that the certificate provided by Mr. Bassiouni is in substantial compliance with Rule 651(c).

The judgment of the circuit court is affirmed.

Judgment affirmed.

BURKE, P. J., and GOLDBERG, J., concur.

BETA ENGINEERING, INCORPORATED, Plaintiff-Appellant, *v.* E. W. BLISS COMPANY, Defendant-Appellee.

(No. 56855;

First District—January 29, 1973.

Opinion by Mr. JUSTICE EGAN.

John Narusis, Jr., of Chicago, for appellant.

Davis, Dietch & Ryan, of Chicago, for appellee.